UNITED STATES DISTRICT COURT
FILED
OCT 22 2026
ANDREW W. MOELLER, CLERK
WESTERN DISTRICT OF NY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

Benjamin Martin,

Defendant.

---

25-CR-242-(3)-LJV-MJR
DECISION & ORDER

1. On August 20, 2026, the defendant, Benjamin Martin, pleaded guilty to Count 2 of the indictment charging a violation of Title 18, United States Code, Sections 922(a)(5), 924(a)(1)(D) and 2 (transferring a firearm to an out of state resident). Docket Item 76.

2. On August 20, 2026, the Honorable Michael J. Roemer, United States Magistrate Judge, filed a Report & Recommendation recommending that the defendant's plea of guilty be accepted and that the defendant be adjudged guilty. Docket Item 75.

3. This Court has not received objections to the Report & Recommendation in accordance with Title 28, United States Code, Section 636(b)(1), and Rule 59(b) of the Federal Rules of Criminal Procedure, and the time to object now has expired.

4. This Court has carefully reviewed *de novo* Judge Roemer's Report & Recommendation (Docket Item 75), the plea agreement (Docket Item 76), the indictment (Docket Item 1), a transcript of the plea proceeding (Docket Item 102), and the applicable law. This Court finds no legal or factual error in Judge Roemer's Report & Recommendation and therefore adopts Judge Roemer's recommendation that the

defendant's plea of guilty be accepted and that the defendant be adjudged guilty of count 2 of the indictment.

IT IS HEREBY ORDERED that this Court adopts Judge Roemer's August 20, 2026 Report & Recommendation, Docket Item 75, in its entirety, including the authorities cited and the reasons given therein, and it is further

ORDERED that the Court accepts the defendant's plea of guilty and defers acceptance of the plea agreement pursuant to Sentencing Guidelines Section 6B1.1(c), and the defendant, Benjamin Martin is now adjudged guilty under Title 18, United States Code, Sections 922(a)(5), 924(a)(1)(D) and 2.

SO ORDERED.

Dated: October 22, 2026
Buffalo, New York

LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE